# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR58** |
| **vs.** ) | |
| ) | **ORDER** |
| **QUANTAUS MARION,** ) | |
| ) | |
| **Defendant.** ) | |

**Before the court is Jeffrey L. Thomas' Motion to Withdraw and Appoint New Counsel [15]. The Federal Public Defender's Office has determined a conflict of interest exists. Good cause being shown, the motion will be granted and a CJA panel attorney will be appointed to represent the defendant.**

**IT IS ORDERED that the Motion to Withdraw and Appoint New Counsel [15] is granted. Attorney Jeffrey L. Thomas is given leave to withdraw. A CJA Panel Attorney will be appointed by separate order.**

**DATED this 19th day of April, 2005.**

**BY THE COURT:**

s/ F. A. Gossett
U.S. Magistrate Judge