IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR58 |
| | ) | |
| QUANTAUS MARION, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's Motion to Modify Conditions of Pretrial Release [21]. Pretrial Services is ordered to investigate the proposed release plan and provide a report to the court and counsel by May 31, 2005.

    IT IS SO ORDERED.

    DATED this 16th day of May, 2005.

                                             BY THE COURT:

                                             s/ F.A. Gossett
                                             United States Magistrate Judge