IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR58 |
| | ) | |
| v. | ) | |
| | ) | |
| QUANTAUS MARION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 29 be stricken from the record for the following reason:

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 29 from the record.

DATED this 14th day of June, 2005.

BY THE COURT:

s/ Laurie Smith Camp
U.S. District Court Judge