IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| Plaintiff,  ) | |
| ) | 8:05CR58 |
| vs.  ) | |
| ) | ORDER |
| QUANTAUS MARION,  ) | |
| Defendant.  ) | |

Defendant Quantaus Marion appeared before the court on Tuesday, May 28, 2013 on a Petition for Warrant or Summons for Offender Under Supervision [47]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney David M. Wear. The government moved for detention. However, the defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance. The defendant is not entitled to a preliminary hearing pursuant to Fed.R.Crim. P .32.1(a)(1).

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS FURTHER ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 25, 2013 at 10:00 a.m.** Defendant must be present in person.

2 The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

3. The U.S. Marshal is authorized to return the defendant to the custody of Douglas County, Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 28th day of May, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge