**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:05CR58** |
| vs. ) | |
| ) | **ORDER** |
| **QUANTAUS MARION,** ) | |
| Defendant. ) | |

Defendant Quantaus Marion appeared before the court on May 28, 2013 on a Petition for Warrant for Offender Under Supervision [47]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney David M. Wear. The issue of detention was held in abeyance pending the defendant coming into federal custody. A detention hearing was held on Monday, July 1, 2013. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a danger to the community nor a flight risk, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 25, 2013 at 10:00 a.m.** Defendant must be present in person.

2. The defendant, Quantaus Marion, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 1st day of July, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge